IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

**UNITED STATES OF AMERICA** )
) No. 3:13-00153
v. )
) JUDGE TRAUGER
)
**THERESA C. VINCENT** )

## DEFENDANT VINCENT'S MOTION TO JOIN CO-DEFENDANT DORIAN AYACHE'S MOTION TO DISMISS COUNT TEN

Defendant, Theresa C. Vincent, respectfully requests that this Honorable Court allow Ms. Vincent to join the Motion to Dismiss Count 10 filed by co-defendant Dorian Ayache. That Motion was filed on February 14, 2014, under seal.

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
2550 Meridian Blvd.
Suite 200
Franklin, TN 37067
(615) 403-6622
Attorney For Vincent