IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

UNITED STATES OF AMERICA )
) No. 3:13-00153
    v. )
) JUDGE TRAUGER
THERESA C. VINCENT )

## DEFENDANT VINCENT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

As discussed at her plea hearing on August 19, 2014, Defendant Theresa Vincent moves this Honorable Court to modify her pretrial supervision by removing the prohibition against any communications between Ms. Vincent and her co-defendant, Dorian Ayache. The Government has stated it does not oppose this request.

Respectfully Submitted:

/s *Deanna Bell Johnson*
Deanna Bell Johnson
2550 Meridian Blvd.
Suite 200
Franklin, TN 37067
(615) 403-6622

1