IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-00153 |
| v. ) | |
| ) | JUDGE TRAUGER |
| THERESA C. VINCENT ) | |

**ORDER GRANTING DEFENDANT VINCENT'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

Pending before the Court is Defendant Theresa Vincent's Motion to Modify Conditions of Pre-Trial Release to remove the restriction on communications between Ms. Vincent and her co-defendant, Dorian Ayache. The Government does not oppose this Motion. For Good Cause shown at the Plea Hearing held on August 19, 2014, this Motion is HEREBY GRANTED.

IT IS SO ORDERED.

8/25/14
DATE

ALETA TRAUGER
UNITED STATES DISTRICT COURT JUDGE