Motion GRANTED.
Revocation Hearing RESET for 11/18/2015 at 11:00 a.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00153-2 |
| | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| THERESA C. VINCENT | ) | |

### THERESA C. VINCENT'S JOINT MOTION
### TO CONTINUE REVOCATION HEARING

Theresa C. Vincent, through counsel, Assistant Federal Public Defender Isaiah S. Gant, respectfully moves this Honorable Court for an Order continuing the revocation hearing that is presently set in this case for Friday, November 6, 2015, at 2:30 PM, until a date after November 16, 2015. In support of this motion, undersigned counsel would show the following:

Ms. Vincent has been charged in Rutherford County, Tennessee, on state charges that form the basis for two of the alleged violations contained in the revocation petition in this case. Those state charges are scheduled to be heard on November 12 and 16, 2015, in Rutherford County. The accused respectfully requests that the revocation hearing be continued until after November 16, 2015, so that the revocation hearing can be conducted after the resolution of the state charges.

Undersigned counsel has consulted with the Assistant United States Attorney, Clay T. Lee, on behalf of the government, who has authorized undersigned counsel to represent to this Court that the government is not opposed to the requested continuance.